PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tahasha Lynette West**

**Docket No. 0:00CR00341-1(DWF)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tahasha Lynette West** who was sentenced on March 14, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Financial disclosure, restitution payments of not less than $100 per month, drug/alcohol testing and treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On September 18, 2004, Ms. West was arrested by Anoka, Minnesota, police and charged with Driving While Intoxicated. On September 21, 2004, Ms. West contacted this officer and reported her arrest. Her next court appearance in this matter is scheduled for January 12, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

- The defendant shall abstain from the use of alcohol and other intoxicants.
- The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

It is also respectfully recommended that the Court amend the Schedule of Payments section in the Judgment to require monthly restitution payments of not less than $40 per month.

ORDER OF THE COURT

Considered and ordered this 10th day of Dec, 2004, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

DeeDee Thaisen
U.S. Probation Officer

Place Minneapolis
Date December 8, 2004

SCANNED
DEC 13 2004
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission