Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Tahasha Lynette West

Docket No. 0:00CR00341-001(DWF)

**HEARING WAIVER**

I, Tahasha Lynette West, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Tahasha L. West

Tahasha Lynette West
Supervised Releasee

Dated: 11/29/04

Witness: [signature]

DeeDee B. Thaisen
U.S. Probation Officer