UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-341(01) DWF

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TAHASHA LYNETTE WEST, Defendant, and WELLS FARGO BANK, Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Tahasha Lynette West, Social Security Number, XXX-XX-9303, with the last known address of XXXX, Minneapolis, MN 55411.

The judgment was entered on March 14, 2001, for criminal monetary impositions. The judgment was entered in the amount of $496,978.10.

As of January 30, 2006, after applying payments, if any, the balance on this judgment debt was $494,742.60 in principal and costs.

FEB 03 2006

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Wells Fargo Bank, 90 South 7th Street, Minneapolis, MN 55402

Dated: January 30, 2006

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600