CR 00-341 DWF

# Wavier of Personal Service

I waive personal service of the Writ of Garnishment for Wells Fargo Bank, Claim for Exemptions, Application for Writ of Garnishment, Clerk's Notice of Post-Judgment Garnishment, Instructions to Defendant on How to Claim Exemptions on the Enclosed Claim for Exemption Form and Instructions to Defendant on How to Object to the Answer of the Garnishee and acknowledge that I have received such documents by facsimile of March 13, 2006, and that I was served by U.S. Mail on April 19, 2006.

Dated: April 21, 2006

Tashasha Lynette West

SCANNED
MAY 11 2006
U.S. DISTRICT COURT MPLS