**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 00-341(1) (DWF)

Plaintiff,

v. **GARNISHMENT ORDER**

Tahasha Lynette West,

Defendant,

Wells Fargo Bank,

Garnishee.

---

Mary L. Trippler and Michael W. Ward, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Tahasha Lynette West, Defendant.

Wells Fargo Bank, 90 South 7th Street, Minneapolis, MN 55402, Garnishee.

---

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about March 7, 2006.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about March 23, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts.

On April 19, 2006, the defendant was served via United States mail with notice of her right to a hearing as to this garnishment action. The defendant waived her right to personal service of the garnishment. The waiver dated April 21, 2006, is on file with the Court. The defendant has not requested such a hearing.

**THEREFORE, IT IS ORDERED**, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on March 7, 2006, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: June 9, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court